UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
MISC. NO. 3:18 mc 68
FILED
CHARLOTTE, NC

MAY 01 2018

US District Court
Western District of NC

RE: )
 )  ADMINISTRATIVE ORDER
FEES FOR JUROR ATTENDANCE )
 )
_____ )

Pursuant to Title 28, United States Code, Section 1871(b)(2) and (3), if a petit juror is required to attend more than ten (10) days in hearing one case or a grand juror is required to attend more than forty-five (45) days of grand jury service, such a juror may be paid an additional daily fee of $10.00. However, the presiding judge may determine, in his or her discretion, that such enhanced fees are not appropriate and may direct that they not be paid.

THEREFORE, IT IS ORDERED that the Clerk of Court shall ceritfy that every petit juror attending more than ten (10) days in the trial of an action, and every grand juror attending more than forty-five (45) days of grand jury proceedings, shall receive a supplemental daily fee of $10.00, in addition to the daily attendance fee paid pursuant to 28 U.S.C. Section 1871(b)(1). This amount shall be paid for each successive day until such petit or grand juror is excused, unless the presiding judge (for petit jurors, the trial judge; for grand jurors the Chief District Judge) determines in his or der discretion that such enhanced fees are not appropriate and directs that they not be paid.

IT IS SO ORDERED this 1st Day of May, 2018

*[signature]*
Chief US District Judge